**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE: MUDASSAR AHMED MOHAMMED** | § | **CASE NO. 10-37787** |
| **and** | § | |
| **AYESHA MOHAMMED AHMED** | § | |
| | § | |
| **DEBTORS** | § | **CHAPTER 13** |

**DEBTORS' CERTIFICATION
REGARDING NECESSITY OF FILING PAYMENT ADVICES**

Our names are Mudassar A. Mohammed and Ayesha M. Ahmed. We are debtors in this bankruptcy case. We declare that we did not receive any payment advices or other evidence of payment from any employer during the 60 days before the date of the filing of the bankruptcy petition.  If this case is a joint case, both spouses have signed below to make this declaration jointly with respect to both.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 6, 2010.


   /s/ Mudassar A. Mohammed
Signature of Debtor


   /s/  Ayesha M. Ahmed
Signature of Joint Debtor