IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE:   Mudassar Ahmed Mohammed<br>Ayesha Mohammed Ahmed<br>20614 Tealbrook Dr<br>Cypress, TX  77433-1786<br><br>DEBTORS | CHAPTER 13<br><br>CASE NO. 10-37787-H1 |

**NOTICE OF HEARING REGARDING (1) CONFIRMATION OF PROPOSED CHAPTER 13 PLAN, (2) VALUATION OF COLLATERAL, (3) DISMISSAL OF CHAPTER 13 BANKRUPTCY CASE, (4) CONVERSION OF CHAPTER 13 CASE, AND (5) ENTRY OF OTHER ORDERS CONCERNING ADMINISTRATION OF CASE**

The United States Bankruptcy Court will conduct a hearing on whether (1) to confirm the debtor(s) proposed bankruptcy plan, (2) dismiss this case, (3) convert this case under chapter 7, and/or (4) to enter other orders concerning the administration of this case. The hearing will take place on November 23, 2010 at  1:45 pm at U.S. Bankruptcy Court, 515 Rusk, Room 404, 4th Floor, Houston, TX  77002-0000.

Attached to this notice is a copy of the statistical cover sheet submitted by the debtor(s) with their proposed plan.  This cover sheet serves as a summary of the plan.  A complete copy of the proposed plan is available from clerk of the Court or the Debtor(s) Attorney.  The Court may consider the current plan or a modified plan at the confirmation hearing.

If you object to confirmation of the plan, you must file your objection at least seven days before the confirmation hearing and serve a copy of the objection on the debtor, the debtor(s) counsel, the Chapter 13 Trustee, and parties requesting notice.

If the plan is not confirmed, the Court may consider whether to dismiss this chapter 13 case due to unreasonable delay that is prejudicial to creditors.  The Court may also consider whether the case should be converted to a case under chapter 7 of the Bankruptcy Code.

The Court may also consider whether to enter other orders that are appropriate for administration of this case.

Dated: 09/24/2010

/s/ David G. Peake
DAVID G. PEAKE, TRUSTEE
ADMISSIONS ID NO. 15679500
9660 HILLCROFT, STE 430
HOUSTON, TX  77096
(713)283-5400

**Plan Summary and Statistical Cover Sheet to Proposed Plan**
**Date: September 6, 2010**
(Date Should be Date that this Proposed Plan is Signed by Debtor)

**Disposable Income and Plan Payments**

| Projected Schedule "I" Income (as shown on most recently filed Schedule I) | Projected Schedule "J" Expenses (as shown on most recently filed Schedule J) | Projected Disposable Income | Beginning Month #[1] | Ending Month # | Payment Amount | Total Payment |
|---|---|---|---|---|---|---|
| 8,320.00 | 3,870.00 | 4,450.00 | | | | |
| | | | 1 | 60 | 4,450.00 | 267,000.00 |
| | | | | | Grand Total | 267,000.00 |
| | | | | | Less Posted Chapter 13 Trustee Fee[2] | 15,886.80 |
| | | | | | Net Available | 251,113.20 |

**Projected Trustee Disbursements to Priority and Secured Creditors**

| Name of Holder | Type of Claim (List Priority Claims, Followed by Claims Secured by Principal Residence, Followed by Other Secured Claims) | Description of Collateral (or "None" if appropriate) | Int. Rate | Beg. Month # | End Month # | Payment Amount | Total Payment |
|---|---|---|---|---|---|---|---|
| BAC Home Loans Servicing | Residence | 20614 Tealbrook Drive, Cypr | 9.50 | 1 | 53 | 719.46 | 38,131.16 |
| BAC Home Loans Servicing | Other | 20614 Tealbrook Drive, Cypress, Texas | 9.50 | 1 | 60 | 1,530.00 | 91,800.07 |
| POA Of Canyon Village At Cypress Springs | Other | 20614 Tealbrook Drive, Cypress, Texas | 6.00 | 1 | 53 | 54.06 | 2,865.22 |
| Robert W. Hobbs | Other | 104 West Highway 21, Caldwell, Burleson County, Texas | 8.00 | 1 | 48 | 2,028.72 | 97,378.15 |
| | | | | | | Grand Total | 230,174.60 |

| SUMMARY OF PAYMENTS | | | BEST INTEREST TEST | |
|---|---|---|---|---|
| Net Available to Creditors | 251,113.20 | | Value of total non-exempt property | 17,754.08 |
| Less Estimated Attorneys' fees | 0.00 | | Total distributions to all priority and general unsecured creditors | 20,938.60 |
| Less Total to Priority Creditors | 0.00 | | | |
| Less Total to Secured Creditors | 230,174.60 | | | |
| Net Available for Unsecured Creditors | 20,938.60 | | | |
| Estimated General Unsecured Claims | 331,804.53 | | | |
| Forecast % Dividend on General Unsecured Claims | 6.31 | | | |

---

[1] If filed in connection with a modification, the first month listed must be the first month in which the debtor was required to make a payment after filing the bankruptcy petition. All previous payments and proposed payments must be included.
[2] The Posted Chapter 13 Trustee Fee is based on the percentage listed on the Court's website.