IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | Mudassar Ahmed Mohammed<br>Ayesha Mohammed Ahmed<br>20614 Tealbrook Dr<br>Cypress, TX  77433-1786 | CHAPTER 13<br><br>CASE NO. 10-37787-H1 |
| | DEBTORS | |

**MOTION TO DISMISS OR CONVERT**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

David G. Peake, Chapter 13 Trustee moves the court to Dismiss or Convert the above-referenced case for the following reasons:

\_\_\_\_\_   The Chapter 13 Plan must be amended to provide for the claims of the secured and priority Creditors in full within the terms of the Plan.

__X__   Payments due pursuant to  U.S.C. § 1326(a)(1)  have not been made.

__X__   Debtors failed to appear for the Meeting of Creditors and this constitutes a failure to appear in proper prosecution of the case for purposes of subsequent eligibility under 11 U.S.C. § 109.

__X__   The Debtors have not filed their Federal Income Tax return for the following years: <u>2008</u>.  Therefore the Debtors are not able to meet the burden of proving that the Plan complies with 11 U.S.C. § 1322 (a) (2).

\_\_\_\_\_   The Debtors have caused unreasonable delay that is prejudicial to the Creditors.

__X__   Other:     Failed to submit to an ACH or EFT deduction.

**A HEARING WILL BE CONDUCTED ON THIS MATTER ON <u>NOVEMBER 23, 2010</u> AT  <u>1:45 PM</u> IN U.S. BANKRUPTCY COURT, 515 RUSK, ROOM 404, 4TH FLOOR, HOUSTON, TX  77002-0000.  IF YOU WANT A HEARING, YOU MUST REQUEST ONE IN WRITING.  YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN TWENTY ONE DAYS AS FOLLOWS: 1.  FILE A RESPONSE WITHIN TWENTY ONE DAYS THAT SHOWS THAT THE ABOVE-CITED DEFICIENCY HAS BEEN CURED, OR 2.  FILE A RESPONSE WITHIN TWENTY ONE (21) DAYS THAT SHOWS THAT THE COURT SHOULD ALLOW YOU ADDITIONAL TIME TO CURE THE ABOVE-CITED DEFICIENCY.  OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND DISMISS OR CONVERT YOUR CASE.  IF THE DEFICIENCY IS FOR FAILURE TO FILE TAX RETURNS AND THE CASE IS DISMISSED, YOU WILL NOT BE ALLOWED TO FILE ANOTHER BANKRUPTCY CASE UNTIL ALL OF YOUR RETURNS ARE FILED.**

Wherefore, the Trustee requests that the case be dismissed or converted to Chapter 7, whichever shall be determined in the best interest of creditors.

Dated:  November 02, 2010

/s/ David G. Peake
David G. Peake
Standing Chapter 13 Trustee

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was sent to all parties listed on the matrix on file with the Bankrutpcy Clerk's Office on or about the time this document was electronically filed with the Clerk on 11/02/2010.  A copy of the Certificate of Mailing of the document is on file and may be viewed at the U.S. Bankruptcy Clerk's Office.

Electronically signed by
David G. Peake, Chapter 13 Trustee

| Debtor's Attorney of Record:<br>BRIAN D WILLIAMS<br>5519 LOUETTA, STE B<br>SPRING, TX  77379 | Debtor:<br>Mudassar Ahmed Mohammed<br>Ayesha Mohammed Ahmed<br>20614 Tealbrook Dr<br>Cypress, TX  77433-1786 |
|---|---|
| ACCOUNT SERVICES<br>1802 NE LOOP #400<br>SAN ANTONIO, TX  78217-5298 | ALLSTATE FINANCIAL SERVICES<br>1050 E FLAMINGO RD STE E-320<br>LAS VEGAS, NV  89199 |
| ANJUM AHMED<br>C/O BRIAN D. WILLIAMS<br>5519 LOUETTA, STE B<br>SPRING, TX  77379 | AUTOMATED HEALTH MANAGEMENT SERVICES<br>1415 N LOOP WEST SUTIE 240<br>HOUSTON, TX  77008 |
| BAC HOME LOANS SER<br>450 AMERICAN ST<br>SIMI VALLEY, CA  93065 | BAC HOME LOANS SERVICING LP<br>PTX-B-209<br>7105 CORPORATE<br>PLANO, TX  75024 |
| BUTLER & HAILEY<br>8901 GAYLORD DR SUITE 100<br>HOUSTON, TX  77024 | CANDICA<br>C/O WEINSTEIN AND RILEY, PS<br>PO BOX 3978<br>SEATTLE, WA  98124 |
| CENTRAL FINANCIAL CONTROL<br>PO BOX 66051<br>ANAHEIM, CA  92816 | CREDIT MANAGEMENT, INC<br>4200 INTERNATIONAL PARKWAY<br>CARROLLTON, TX  75007 |
| CY-FAIR VFD<br>PO BOX 940249<br>HOUSTON, TX  77094 | CYPRESS CARDIOLOGY<br>PO BOX 572528<br>SALT LAKE CITY, UT  84157 |
| CYPRESS FAIRBANKS MED. CNTR<br>PO BOX 849762<br>DALLAS, TX  75284 | EMCARE HTN EMERG PHYSICIANS<br>PO BOX 13838<br>PHILADELPHIA, PA  19101-3838 |
| GE MONEY BANK<br>C/O RECOVERY MGMT SYSTEMS<br>25 SE 2ND AVE, STE 1120<br>MIAMI, FL  33131 | HARRIS KHAN<br>PO BOX 519<br>LAKE FOREST, CA  92609 |
| INTERNAL REVENUE SERVICE***<br>P O BOX 21125<br>PHILADELPHIA, PA  19114 | IRFAN SHEIKH<br>16711 COLD HARBOR LN<br>HOUSTON, TX  77083 |
| LVNV FUNDING LLC<br>PO BOX 740281<br>HOUSTON, TX  77274 | MCCLAIN TRAILERS INC<br>11500 NORTHWEST FWY STE 620<br>HOUSTON, TX  77092 |
| MIDLAND CREDIT MANAGEMENT<br>8875 AERO DRIVE   SUITE 200<br>SAN DIEGO, CA  92123-1356 | NATIONWIDE REVOERY SYSTEM<br>2304 TARPLEY RD STE 134<br>CARROLLTON, TX  75006 |

NCO FINANCIAL SVCS
507 PRUDENTIAL RD
HORSHAM, PA  19044

NCO PORTFOLIO MANAGEMENT
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN, PA  19355

NORTHERN LEASING SYSTEMS
132 W 31ST ST  14TH FLOOR
NEW YORK, NY  10001

NORTHWEST CARDIOLOGY
PO BOX 41027
HOUSTON, TX  77241-1027

OOI PATCH PETROLEUM INCI
1562 N PADRE ISLAND DR
CORPUS CHRISTI, TX  78408

PINNACLE CREDIT SERVICE
7900 HIGHWAY 7 SUITE 100
MINNEAPOLIS, MN  55426

PRA RECEIVABLES MANAGEMENT LLC
PORTFOLIO ASSOCS
PO BOX 12914
NORFOLK, VA  23541

RAFIDA BADER
88/1 PHASE 4 DHA
KARACHI, PAKISTAN,

RICHARD J HAUSNER MD
9597 JONES ROAD #807
HOUSTON, TX  77065

ROBERT W. HOBBS
1180 COUNTY ROAD 216
CALDWELL, TX  77836

ROUNDUP FUNDING, LLC
MS 550
P O BOX 91121
SEATTLE, WA  98111-9221

TALHA KHAN
24003 SEMILLION LANE
MURRIETA, CA  92562

VERIZON WIRELESS
1 VERIZON PL
ALPHARETTE, GA  30004

WFF CARDS
3201 N 4TH AVE
SIOUX FALLS, SD  57104

YOUGKIN & BURNS
ATTORNEYS AT LAW
PO BOX 429
SOMERVILLE, TX  77879

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Mudassar Ahmed Mohammed<br>Ayesha Mohammed Ahmed<br>20614 Tealbrook Dr<br>Cypress, TX  77433-1786 | CASE NO. 10-37787-H1 |
| DEBTORS | |

**ORDER OF DISMISSAL**

The Court has considered the Trustee's Motion to Dismiss and any response or opposition thereto. The court is of the opinion that proper notice to all parties in interest has been given and that the Motion should be granted. It is therefore

ORDERED that this case is dismissed.

Dated: _____

_____
United States Bankruptcy Judge