IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE:  Mudassar Ahmed Mohammed<br>Ayesha Mohammed Ahmed<br>20614 Tealbrook Dr<br>Cypress, TX  77433-1786<br><br>DEBTORS | CHAPTER 13<br><br>CASE NO. 10-37787-H1 |

**NOTICE OF RESCHEDULED DISMISSAL HEARING**

You are hereby advised that the dismissal hearing regarding the above referenced case has been rescheduled for 11/23/2010 at 1:46:00PM. at the U.S. Bankruptcy Court, 515 Rusk, Room 404, 4th Floor, Houston, TX  77002-0000.

| | |
|---|---|
| DATED: November 03, 2010 | /s./ David G. Peake<br>DAVID G. PEAKE, TRUSTEE<br>ADMISSIONS ID NO. 15679500<br>9660 HILLCROFT, STE 430<br>HOUSTON, TX  77096<br>(713)283-5400 |

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that the foregoing pleading was served upon the Debtors and Debtors'Attorney, either via first class mail on Wednesday, November 3, 2010, or by electronic noticing pursuant to the Local Bankruptcy Rules.

/s./ David G. Peake
DAVID G. PEAKE, TRUSTEE