**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re:  Mudassar Ahmed Mohammed and Ayesha
Mohammed Ahmed                                    Case No.: 10–37787
Debtor

Chapter:   13

---

## ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN

Confirmation of the Debtor's Proposed Chapter 13 Plan is denied.

Signed and Entered on Docket: 11/23/10

_____
MARVIN ISGUR
United States Bankruptcy Judge