**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re: Mudassar Ahmed Mohammed and Ayesha Mohammed Ahmed

Case No.: 10–37787
Chapter: 13

Debtor

**ORDER DISMISSING CASE WITH
PREJUDICE TO REFILING ANOTHER CASE AND
ORDER PROHIBITING DEBTOR FROM FILING ANOTHER CASE**

The Court has conducted a hearing on the chapter 13 trustee's motion to dismiss this case. Pursuant to 11 U.S.C. §§349(a), it is ordered that:

1. This case is dismissed.

2. This Debtor shall not file another bankruptcy petition until such time as the Debtor has filed all delinquent federal tax returns. Violation of this prohibition may be punished as a contempt of court.

Pursuant to FED. R. BANKR. P. 7052, the Court's reasons for issuance of this order were stated on the record at the hearing on the trustee's motion to dismiss.

The deadline for filing an application for an administrative expense in this case is set at 20 days following entry of this Order. The deadline for filing a motion for allowance of a claim arising under §§507(b) in this case is also set at 20 days following entry of this order.

If an application for allowance of professional fees and expenses has previously been filed in this case, the applicant is not required to file a new application for allowance of administrative expense under §§503, if the new application only seeks allowance of the same professional fees and expenses previously requested.

This order terminates orders to the Debtor(s)' employer that require payments to the chapter 13 trustee.

Signed and Entered on Docket: 11/23/10

_____
MARVIN ISGUR
United States Bankruptcy Judge